[No. 72911-0-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE JAIME ROSALES-CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02838-5, Mary E. Roberts, J., entered December 19, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach and Spearman, JJ.

[No. 72964-1-I.   Division One.   April 18, 2016.]

*In the Matter of the Marriage of* FRANK J.B. D'ORR, *Respondent*, and OLGA V. MAKALOVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-06580-9, Suzanne Parisien, J., entered December 5, 2014. *Reversed* and *remanded* by unpublished opinion per Verellen, C.J., concurred in by Becker and Trickey, JJ.

[No. 73166-1-I.   Division One.   April 18, 2016.]

*In the Matter of the Dependency of* A.S.

Appeal from a judgment of the Superior Court for King County, No. 14-7-01648-2, Barbara Linde, J., entered February 11, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Dwyer, JJ.

[No. 73191-2-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MASTER O'CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-14342-5, Dean Scott Lum, J., entered February 27, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Trickey, J.